Fill in this information to identify your case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

FILED

2023 JUL 27 P 2: 36

DOUGLAS E. WEDGE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY _____ 04/22

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Heritage Funeral Home & Cremation Servic** | |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Heritage Funeral Hom Services, LLC** | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | **27-0496230** | |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1300 N Lottie Ave** **Oklahoma City, OK 73117-2000** Number, Street, City, State & ZIP Code | **1300 N Lottie Ave** **Oklahoma City, OK 73117-2000** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oklahoma** County | **Location of principal assets, if different from principal place of business** |
| | | | **1300 N Lottie Ave Oklahoma City, OK 73117-2000** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Heritage Funeral Home & Cremation Servic**                    Case number (*if known*) _____
          Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    *CJK*  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor   **Heritage Funeral Home & Cremation Servic**                    Case number (if known) _____
         Name

**10. Are any bankruptcy cases**
**pending or being filed by a**          ■ No
**business partner or an**              ☐ Yes.
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list              Debtor _____                              Relationship _____
                                    District _____        When _____        Case number, if known _____

**11. Why is the case filed in**      *Check all that apply:*
*this district?*
                                    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**        ■ No
**have possession of any**
**real property or personal**         ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**                        **Why does the property need immediate attention?** (*Check all that apply.*)

                                               ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                 What is the hazard? _____

                                               ☐ It needs to be physically secured or protected from the weather.

                                               ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                 livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                               ☐ Other _____

                                               **Where is the property?**  _____
                                                                           Number, Street, City, State & ZIP Code

                                               **Is the property insured?**
                                               ☐ No
                                               ☐ Yes.   Insurance agency   _____
                                                        Contact name       _____
                                                        Phone              _____

**Statistical and administrative information**

**13. Debtor's estimation of**         *Check one:*
**available funds**
                                    ☐ Funds will be available for distribution to unsecured creditors.

                                    ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**           ■ 1-49                        ☐ 1,000-5,000                    ☐ 25,001-50,000
**creditors**                        ☐ 50-99                       ☐ 5001-10,000                   ☐ 50,001-100,000
                                    ☐ 100-199                     ☐ 10,001-25,000                 ☐ More than100,000
                                    ☐ 200-999

**15. Estimated Assets**              ■ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**         ☐ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor   **Heritage Funeral Home & Cremation Servic**
Name                                                      Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Heritage Funeral Home & Cremation Servic | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING —** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~June 1, 2022~~ 7/27/23
MM / DD / YYYY

X /s/ Christopher J. Harrison, Sr.
Signature of authorized representative of debtor

Christopher J. Harrison, Sr.
Printed name

Title    **Managing Partner**

405 424-8100

**18. Signature of attorney**

X /s/ ~~Christopher Wood~~
Signature of attorney for debtor

Date ~~June 1, 2022~~
MM / DD / YYYY

~~Christopher Wood OBA #~~
Printed name

~~Christopher A. Wood & Associates, P.C.~~
Firm name

~~Number, Street, City, State & ZIP Code~~
Number, Street, City, State & ZIP Code

Contact phone ~~~~    Email address    **cawlaw@hotmail.com**

~~Bar number~~
Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 5

| Fill in this information to identify the case: |
|---|

Debtor name __**Heritage Funeral Home & Cremation Servic**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................    $ _____37,300.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................    $ _____37,300.00

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................    $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................    $ _____295,167.65

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............    +$ _____48,989.39

4.  **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $ _____344,157.04

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Heritage Funeral Home & Cremation Servic</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).*

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Midfirst Bank** | **Operating Checking Account** | 8414 | **$1,200.00** |
| 3.2. | **First Security Bank and Trust** | **Savings** | 9617 | **$2,000.00** |

4.  Other cash equivalents *(Identify all)*

5.  Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$3,200.00**

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | Heritage Funeral Home & Cremation Servic | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 2 Laptops | $600.00 | | $600.00 |
| 9 Sets of Church Trucks (Metal platform caskets sit on) | $2,700.00 | | $2,700.00 |
| 2 Duo Tronic Embalming Machines | $2,400.00 | | $2,400.00 |
| One Porcelain Embalming Table | $3,500.00 | | $3,500.00 |
| 1 Removal Cot | $150.00 | | $150.00 |
| 3 Office Desks | $1,150.00 | | $1,150.00 |
| 1 Conference Table | $750.00 | | $750.00 |
| 2 Love Seats | $2,500.00 | | $2,500.00 |
| 1 Coffee Table | $500.00 | | $500.00 |
| One Couch Table | $350.00 | | $350.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    Heritage Funeral Home & Cremation Servic _____    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| 6 Conference Room Tables and chairs | $1,200.00 | | $1,200.00 |
| 6 Standard Armchairs | $1,800.00 | | $1,800.00 |
| 2 Laser Printer Copiers | $800.00 | | $800.00 |
| 4 - 32 inch Flat screen TV's | $1,600.00 | | $1,600.00 |
| Misc. Register Books Flag Cases | $500.00 | | $500.00 |
| 6 Used 20 Guage Steel Casket's multiple colors | $3,600.00 | | $3,600.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42. Copy the total to line 86.                                                    | **$24,100.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2000 Cadillac**<br>**Title held in Heritage Funeral Holding Company** | $10,000.00 | | $10,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor    **Heritage Funeral Home & Cremation Servic**          Case number *(if known)* _____
          Name

51.    **Total of Part 8.**                                                           **$10,000.00**
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 9:    **Real property**
54. **Does the debtor own or lease any real property?**

       ■ No. Go to Part 10.
       ☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**
59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No. Go to Part 11.
       ☐ Yes Fill in the information below.

Part 11:    **All other assets**
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No. Go to Part 12.
       ☐ Yes Fill in the information below.

Official Form 206A/B                Schedule A/B Assets – Real and Personal Property                page 4
Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Heritage Funeral Home & Cremation Servic**                    Case number *(if known)* _____
          _____
                        Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form
Type of property

|  |  | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,200.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$24,100.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,000.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*.................................................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$37,300.00** + 91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$37,300.00** |

Fill in this information to identify the case:

Debtor name **Heritage Funeral Home & Cremation Servic**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Fill in this information to identify the case:

Debtor name **Heritage Funeral Home & Cremation Servic**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$3,038.44** | **$0.00** |

**Oklahoma County Treasurer**

**320 Robert S Kerr 307**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number **9255**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **$3,035.44** | **$0.00** |

**Oklahoma County Treasurer**

**320 Robert S Kerr 307**
**Oklahoma City, OK 73102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:

Last 4 digits of account number **9255**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

Debtor  **Heritage Funeral Home & Cremation Servic**                    Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,006.76 | $0.00 |
|---|---|---|---|---|

**Oklahoma County Treasurer**

320 Robert S Kerr 307
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:

Last 4 digits of account number **9255**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,082.67 | $0.00 |
|---|---|---|---|---|

**Oklahoma County Treasurer**

320 Robert S Kerr 307
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2019**

Basis for the claim:

Last 4 digits of account number **9255**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,967.33 | $0.00 |
|---|---|---|---|---|

**Oklahoma County Treasurer**

320 Robert S Kerr 307
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:

Last 4 digits of account number **9255**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,759.35 | $0.00 |
|---|---|---|---|---|

**Oklahoma County Treasurer**

320 Robert S Kerr 307
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:

Last 4 digits of account number **9255**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Heritage Funeral Home & Cremation Servic**    Case number (if known)
_____
Name

| | | |
|---|---|---|

**2.7** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,468.73 | $0.00
**Oklahoma Tax Commission** | *Check all that apply.*
☐ Contingent
**PO Box 26800** | ☐ Unliquidated
**Oklahoma City, OK 73126-0800** | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**8-1-2011** | **8/1/2011 to 2/29/2012 Sales Tax**

Last 4 digits of account number **6230** | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

**2.8** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $942.10 | $0.00
**Oklahoma Tax Commission** | *Check all that apply.*
☐ Contingent
**PO Box 26800** | ☐ Unliquidated
**Oklahoma City, OK 73126-0800** | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**8-1-2011** | **8/1/2011 to 2/29/2012 Penalty and Interest**

Last 4 digits of account number **6230** | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

**2.9** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.80 | $0.00
**Oklahoma Tax Commission** | *Check all that apply.*
☐ Contingent
**PO Box 26800** | ☐ Unliquidated
**Oklahoma City, OK 73126-0800** | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**3-1-2012** | **Sales Tax 3/1 to 5/31 of 2012**

Last 4 digits of account number **6230** | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

**2.10** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $360.61 | $0.00
**Oklahoma Tax Commission** | *Check all that apply.*
☐ Contingent
**PO Box 26800** | ☐ Unliquidated
**Oklahoma City, OK 73126-0800** | ☐ Disputed

Date or dates debt was incurred | Basis for the claim:
**3-1-2012** | **3/1 to 5/31 of 2012 Penalty and Interest**

Last 4 digits of account number **6230** | Is the claim subject to offset?
Specify Code subsection of PRIORITY | ■ No
unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes

---

| Debtor | Heritage Funeral Home & Cremation Servic | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.11** Priority creditor's name and mailing address
**Oklahoma Tax Commission**

PO Box 26800
Oklahoma City, OK 73126-0800

| Date or dates debt was incurred |
|---|
| **01/01/2013** |

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1/1/2013 to 5/31/2013 Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

**$1,692.60**     **$0.00**

---

**2.12** Priority creditor's name and mailing address
**Oklahoma Tax Commission**

PO Box 26800
Oklahoma City, OK 73126-0800

| Date or dates debt was incurred |
|---|
| **01/01/2013** |

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**1/1/2013 to 5/31/2013 Penalty and Interest**

Is the claim subject to offset?
■ No
☐ Yes

**$1,056.89**     **$0.00**

---

**2.13** Priority creditor's name and mailing address
**Oklahoma Tax Commission**

PO Box 26800
Oklahoma City, OK 73126-0800

| Date or dates debt was incurred |
|---|
| **05/01/2015** |

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**5/1/2015 to 5/31/2015 Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

**$184,854.82**     **$0.00**

---

**2.14** Priority creditor's name and mailing address
**Oklahoma Tax Commission**

PO Box 26800
Oklahoma City, OK 73126-0800

| Date or dates debt was incurred |
|---|
| **05/01/2015** |

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
**5/1/2015 to 5/31/2015 Penalty and Interest**

Is the claim subject to offset?
■ No
☐ Yes

**$83,981.90**     **$0.00**

---

Debtor **Heritage Funeral Home & Cremation Servic**     Case number (if known) _____
      Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.11 | $0.00 |
|---|---|---|---|---|

**2.15**   Priority creditor's name and mailing address
**Oklahoma Tax Commission**

**PO Box 26800**
**Oklahoma City, OK 73126-0800**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$730.11    $0.00

Date or dates debt was incurred
**06/01/2015**

Basis for the claim:
**6/1/2015 to 8/31/2016 Sales Tax**

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**   Priority creditor's name and mailing address
**Oklahoma Tax Commission**

**PO Box 26800**
**Oklahoma City, OK 73126-0800**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$540.10    $0.00

Date or dates debt was incurred
**06/01/2015**

Basis for the claim:
**6/1/2015 to 8/31/2016 Penalty and Interest**

Last 4 digits of account number **6230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address
**Green Box Capital**

**2200 Biscayne Blvd Ste 200**
**Miami, FL 33137-5016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$27,728.64

**3.2**   Nonpriority creditor's name and mailing address
**Oklahoma Mortuary Service**

**2424 N Oklahoma Ave**
**Oklahoma City, OK 73105-3005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$21,260.75

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor   **Heritage Funeral Home & Cremation Servic**                     Case number (if known) _____
         Name

| | | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 295,167.65 |
| 5b. Total claims from Part 2 | 5b. + $ | 48,989.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 344,157.04 |

Fill in this information to identify the case:

Debtor name   **Heritage Funeral Home & Cremation Servic**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.2   State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.3   State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

2.4   State what the contract or
        lease is for and the nature
        of the debtor's interest

        State the term remaining

        List the contract number of
        any government contract   _____   _____

Software Copyright (c) 2022 CINGroup - www.cincompass.com

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td><strong>Heritage Funeral Home & Cremation Servic</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                                 Column 2: Creditor

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ City / State / Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City / State / Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City / State / Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City / State / Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name    **Heritage Funeral Home & Cremation Servic**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~August 1, 2021~~ 7/29/22    X /s/ Christopher J. Harrison, Sr.
                                            Signature of individual signing on behalf of debtor

                                            **Christopher J. Harrison, Sr.**
                                            Printed name

                                            **Managing Partner**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Heritage Funeral Home & Cremation Servic**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to Filing Date | ■ Operating a business<br>■ Other **Amount Billed** | **$163,093.90** |
   | **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>■ Other **Amount Billed** | **$681,248.65** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Axyom Construction**<br>**417 Frisco Ave**<br>**Clinton, OK 73601-3439** | **March 2022** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Roof Repair** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Heritage Funeral Home & Cremation Servic**_____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **Ardis Cubit Sercie and Repair**<br>**6201 N Post Oak Rd**<br>**Oklahoma City, OK 73105-6427** | **May 2022** | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **HVAC Replacement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Christopher J. Harrison, Sr.**<br>**1425 NE 48th St**<br>**Oklahoma City, OK 73111-5823**<br>**Managing Partner** | **Weekly over**<br>**one year** | **$65,000.00** | **Average Weekly payment of**<br>**$1,250 for running company** |
| 4.2. **JeKia Harrison**<br>**1425 NE 48th St**<br>**Oklahoma City, OK 73111-5823**<br>**Daughter of Managing Partner** | **June 2021**<br>**through July**<br>**2021** | **$4,000.00** | **Office Work and Funeral**<br>**Service** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Oklahoma Tax Commission**<br>**PO Box 26800**<br>**Oklahoma City, OK 73126-0800** | **Lockout of business from 1300 N. Lottie** | **April 19, 2022** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | Heritage Funeral Home & Cremation Servic | | Case number *(if known)* | |

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | State of Oklahoma, Ex Rel. Oklahoma Tax Commission v. Heritage Funeral Home and Cremation Services, LLC., et al. CJ-2020-3556 | Injunction/Restraining Order | Oklahoma County Courthouse 320 Robert S Kerr Ave Oklahoma City, OK 73102-3457 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Christopher A. Wimmer Wimmer Law Firm 1000 N 25 Richmond Oklahoma City, OK 73101-4543 | $0.00 | 2022 | $1,000.00 |

Email or website address

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor  **Heritage Funeral Home & Cremation Servic**                     Case number (if known) _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

    **Full Name; Date of Birth; Social Security Number for deceased and responsible party**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Heritage Funeral Home & Cremation Servic**          Case number *(if known)*

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Security Bank & Trust**<br>**1541 NE 23rd St**<br>**Oklahoma City, OK**<br>**73111-3210** | **XXXX-7797** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 29, 2022** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Christopher J. Harrison, Sr.<br>1425 NE 48th St<br>Oklahoma City, OK 73111-5823 | 1300 N Lottie Ave<br>Oklahoma City, OK<br>73117-2000 | 2000 Cadillac Deville Hearse | $10,000.00 |
| Heritage Funeral Holding Company<br>1300 N Lottie Ave<br>Oklahoma City, OK 73117-2000 | 1300 N. Lottie Avenue | Midfirst Bank Account 8414 | $1,200.00 |
| Heritage Funeral Holding<br>1300 N Lottie Ave<br>Oklahoma City, OK 73117-2000 | 1300 N Lottie Ave<br>Oklahoma City, OK<br>73117-2000 | First Security Bank and Trust Savings | $2,000.00 |

**Part 12:** **Details About Environment Information**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Heritage Funeral Home & Cremation Servic**                    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Christopher J. Harrison, Sr.** **1425 NE 48th St** **Oklahoma City, OK 73111-5823** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor   **Heritage Funeral Home & Cremation Servic** _____   Case number *(if known)* _____

**Name and address**                                    **Date of service**
                                                        **From-To**

26b.1.   **First Security Bank & Trust**                **April 2021 PPP loan**
         **1541 NE 23rd St**
         **Oklahoma City, OK 73111-3210**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**                                    **If any books of account and records are unavailable,**
                                                        **explain why**

26c.1.   **Christopher J. Harrison, Sr.**
         **1425 NE 48th St**
         **Oklahoma City, OK 73111-5823**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   **First Security Bank & Trust**
         **1541 NE 23rd St**
         **Oklahoma City, OK 73111-3210**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ **No**
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher J. Harrison, Sr. | 1425 NE 48th St<br>Oklahoma City, OK 73111-5823 | Managing Member | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ **No**
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ **Yes. Identify below.**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | Heritage Funeral Home & Cremation Servic | | Case number *(if known)* | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Christopher J. Harrison, Sr.<br>. 1425 NE 48th St<br>Oklahoma City, OK<br>73111-5823 | Weekly Payment averaging $1,250.00 | Weekly | Operating Business |
| **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2 JeKia Harrison<br>. 1425 NE 48th St<br>Oklahoma City, OK<br>73111-5823 | $4,000 | June 2021 through July 2021 | Office Work and Service |
| **Relationship to debtor**<br>**Daughter of Christopher J.**<br>**Harrison, Managing Partner** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the pension fund

### Part 14: Signature and Declaration

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   ~~June 1, 2022~~   7/17/23

/s/ Christopher J. Harrison, Sr.                    Christopher J. Harrison, Sr.
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Partner**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

## United States Bankruptcy Court
### Western District of Oklahoma, Oklahoma Division

In re   **Heritage Funeral Home & Cremation Servic**

Debtor(s)

Case No. 

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher J. Harrison, Sr.**<br>**1425 NE 48th St**<br>**Oklahoma City, OK 73111-5823** | **General Partner** | **100** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   7/27/23   Signature   **/s/ Christopher J. Harrison, Sr.**
**Christopher J. Harrison, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name | Heritage Funeral Home & Cremation Servic

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | Disputed | | | $184,854.82 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | Disputed | | | $83,981.90 |
| Green Box Capital 2200 Biscayne Blvd Ste 200 Miami, FL 33137-5016 | | Bank loan | | | | $27,728.64 |
| Oklahoma Mortuary Service 2424 N Oklahoma Ave Oklahoma City, OK 73105-3005 | (405) 606-6160 | Trade debt | | | | $21,260.75 |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $3,082.67 |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $3,038.44 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Debtor**   **Heritage Funeral Home & Cremation Servic**                    Case number *(if known)*
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $3,035.44 |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $3,006.76 |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $2,967.33 |
| Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102 | | | | | | $2,759.35 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $2,468.73 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $1,692.60 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $1,056.89 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $942.10 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $730.11 |

Debtor **Heritage Funeral Home & Cremation Servic**　　　　　Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $649.80 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $540.10 |
| Oklahoma Tax Commission PO Box 26800 Oklahoma City, OK 73126-0800 | | | | | | $360.61 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Western District of Oklahoma, Oklahoma Division**

IN RE:                                                    Case No. _____

<u>Heritage Funeral Home & Cremation Servic</u>_____    Chapter <u>11</u>_____
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my (our) knowledge.

Date: ~~_____~~ 7/27/27 Signature: */s/ Christopher J. Harrison, Sr.*
                                    **Christopher J. Harrison, Sr., Managing Partner**                    Debtor

Date: _____    Signature: _____
                                                                        Joint Debtor, if any

ftware Copyright (c) 2022 CINGroup - www.cincompass.com

Green Box Capital
2200 Biscayne Blvd Ste 200
Miami, Florida 33137-5016

Oklahoma County Treasurer
320 Robert S Kerr 307 ·
Oklahoma City, Ok 73102

Oklahoma Tax Commission
PO Box 26800
Oklahoma City , Ok 73126 -0800

FORM 7007.1-1 (10/07)

**United States Bankruptcy Court**
**Western District of Oklahoma, Oklahoma Division**

IN RE:                                              Case No. _____

**Heritage Funeral Home & Cremation Servic**        Chapter    [ 11 ]
                     Debtor(s)

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Heritage Funeral Home and Cremation Services, L.L.C.., a
[Name of Corporate Party]

(check one):

[   ] Corporate Debtor

[   ] Party to an adversary proceeding

[   ] Party to a contested matter

[   ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[ X ]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this ~~1st~~ day of ~~June 2022~~

/s/ ~~Christopher Wood~~
~~Attorney Name - OBA #OBA #13936~~
~~[Address Telephone/Fax/Email]~~
~~Christopher Wood~~
~~1133 N Portland Ave~~
~~Oklahoma City, OK 73107-1543~~
~~Phone: (405) 525-5005 Fax: (405) 521-8567~~
~~cawlaw@hotmail.com~~
~~Attorney for Heritage~~ Funeral Home &
Cremation Servic